AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Humberto Pacal MIGUEL-Baltasar<br>a/k/a Humberto Pacal MIGUEL-Baltazar<br>a/k/a Andres Manuel Jimenez<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 11-8046-JMH<br>)<br>)<br>) |

FILED by HH D.C.
FEB 2 5 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 9, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | an alien, having been previously removed from the United States on or about July 18, 2009, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

ICE D/O Andy Korzen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/25/2011__

_____
Judge's signature

City and state: __West Palm Beach, Florida__    Hon. James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Andy Korzen, being duly sworn, hereby depose and state:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been so employed for over seven years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. The facts set forth below are based upon my personal knowledge as well as information provided to me by a civilian and other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to charge.

3. On January 28, 2011, an individual identifying himself as Andres Manuel Jimenez was arrested by State authorities and booked into the Palm Beach County Jail. The Palm Beach County Jail is located in the Southern District of Florida. Upon booking, his fingerprints were scanned into the Integrated Automated Fingerprint Identification System ("IAFIS"), an FBI database that matches scanned fingerprints against existing fingerprints in the system. This revealed that the subject's fingerprints matched those of Humberto Pacal Miguel-Baltasar, an alien, who had been previously removed from the United States.

1

4. On February 1, 2011, Immigration Enforcement Agent Haylean Bailey came into contact with the subject at the Palm Beach County Jail. Agent Bailey conducted a post-*Miranda* interview of the subject at that time. Post-*Miranda*, the subject said his name was Andres Manuel Jimenez. The subject admitted to last entering the United States in 2010. Agent Bailey also fingerprinted the subject at that time.

5. On or about February 9, 2011, your affiant received the Immigration file bearing control number A89 473 647. Your affiant's review of this Immigration file revealed that it is assigned to Humberto Pacal Miguel-Baltasar, a native and citizen of Guatemala, who was ordered removed from the United States on July 13, 2009. Records further show that Humberto Pacal Miguel-Baltasar was removed from the United States on or about July 18, 2009. Prior to being removed from the United States, law enforcement officers obtained Humberto Pacal Miguel-Baltasar's fingerprint on the removal warrant. The removal warrant lists the name of the subject being removed as Humberto Pacal MIGUEL-Baltazar. The Immigration file bearing control number A89 473 647 did not contain any applications by the subject for express consent to re-apply for admission to the United States.

6. Your affiant searched the Computer Linked Application Information Management System (CLAIMS) database running the names Humberto Pacal MIGUEL-Baltazar, Humberto Pacal MIGUEL-Baltasar, and Andres Manuel Jimenez. CLAIMS is the system that tracks applications for immigration benefits and actions taken regarding such applications. From the date of removal, that is,

2

July 18, 2009, to February 1, 2011, the CLAIMS database did not reflect any applications had been submitted under the names Humberto Pacal MIGUEL-Baltazar, Humberto Pacal MIGUEL-Baltasar, and Andres Manuel Jimenez for express consent to re-apply.

7. Palm Beach Police Department Crime Scene Manager Greg Parkinson compared the prints taken by Agent Bailey with other prints to include the print on the removal warrant. Crime scene Manager Parkinson concluded that the prints appearing on the documents originated from the same individual.

8. Based on the foregoing, your affiant believes that there exists sufficient probable cause to charge Humberto Pacal MIGUEL-Baltasar a/k/a Humberto Pacal MIGUEL-Baltazar a/k/a Andres Manuel Jimenez with violating Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me

this 25th day of February 2011.

HONORABLE JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  11-8046-JMH

UNITED STATES OF AMERICA

vs.

Humberto Pacal MIGUEL-Baltasar,
a/k/a Humberto Pacal MIGUEL-Baltazar
a/k/a Andres Manuel Jimenez

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   X   No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes   X   No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 0105619
500 Australian Ave., Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1022 / Fax: (561) 659-4526